Oct 28, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

14-20804-CR-MIDDLEBROOKS./GARBER

CASE NO._____

18 U.S.C. § 2119(1)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA,

v.

JOHNNY EVANS,

      Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

On or about April 17, 2014, in Miami-Dade County, Florida, in the Southern District of Florida, the defendant,

**JOHNNY EVANS,**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2007 Ford Mustang, from the person and presence of another, that is, "K.R.E.," by force and violence, and by intimidation, in violation of Title 18, United States Code, Section 2119(1).

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JOHNNY EVANS,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2119(1), as alleged in this Indictment, the defendant shall forfeit to the United States of America the following:

(a) Any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(5); and

(b) Any firearm and/or ammunition involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 982(a)(5), Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ILHAM A. HOSSEINI
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JOHNNY EVANS

**Case No:**

Count #: 1

Carjacking

Title 18, United States Code, Section 2119(1)

**\*Max. Penalty:** 15 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| JOHNNY EVANS, | |
| Defendant.      / | **Superseding Case Information:** |

**Court Division**: (Select One)

__X__ Miami   ____ Key West   ____ FTP
____ FTL     ____ WPB

New Defendant(s)       Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect _____

4. This case will take   2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | I   | 0 to 5 days      | X |
   | II  | 6 to 10 days     | __ |
   | III | 11 to 20 days    | __ |
   | IV  | 21 to 60 days    | __ |
   | V   | 61 days and over | __ |

   (Check only one)

   | Petty   | __ |
   | Minor   | __ |
   | Misdem. | __ |
   | Felony  | X  |

6. Has this case been previously filed in this District Court? (Yes or No)   No   X
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   X  No

_____
ILHAM A. HOSSEINI
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501904

*Penalty Sheet(s) attached

REV 4/8/08