U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 14-20804-CR-MIDDLEBROOKS/GARBER

**UNITED STATES OF AMERICA**

v.

**Inmate Name:** Johnny Evans

**Inmate #:** Jail No. 140021939

JOHNNY EVANS                    /
          Defendant

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A Initial Appearance/Arraignment is pending in this Court against Johnny Evans, Jail No. 140021939 the above styled case, and it is set for as to the defendant on December 4, 2014 at JLK Federal Justice Building, 99 NE 4th Street, Courtroom 1027, Miami, FL 33132

2. The defendant is now confined in the Pre-Trial Detention Center at 1321 NW 13th Street, Miami, FL 33125

3. It is necessary to have the defendant before this Court for a Initial Appearance/Arraignment as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said Initial Appearance/Arraignment and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *[signature]*
Ilham A. Hosseini
ASSISTANT UNITED STATES ATTORNEY

cc:   U.S. Attorney (AUSA Ilham A. Hosseini )